

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-11-00035-CV

_____


IN RE:   KEITH RUSSELL JUDD


Original Mandamus Proceeding


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Keith Russell Judd has petitioned this Court for mandamus relief. Judd claims he has filed a petition in the trial court to dissolve an alleged common-law marriage. We deny Judd's requested relief.

Mandamus issues only when the mandamus record establishes (1) a clear abuse of discretion or the violation of a duty imposed by law and (2) the absence of a clear and adequate remedy at law. *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992); *see In re Columbia Med. Ctr. of Las Colinas, Subsidiary, L.P.*, 290 S.W.3d 204, 207 (Tex. 2009). It is the relator's burden to provide this Court with a sufficient record to establish the right to mandamus relief. *Walker*, 827 S.W.2d at 837; *In re Pilgrim's Pride Corp.*, 187 S.W.3d 197, 198–99 (Tex. App.—Texarkana 2006, orig. proceeding); *see* TEX. R. APP. P. 52.3.

Judd has provided this Court with no documents supporting his request. There is neither a certified copy of the motion Judd claims to have filed in the trial court, nor any copies of the "several motions for default" Judd claims to have presented to the trial court.

We find Judd has failed to demonstrate he is entitled to the extraordinary remedy of mandamus relief.

We, therefore, deny his petition.

Bailey C. Moseley
Justice

Date Submitted: April 4, 2011
Date Decided: April 5, 2011